Stephen SATCHER, Petitioner-
Appellant,

v.

Leonard ODDO, Warden,
Defendant-Appellee.

No. 16-7037

United States Court of Appeals,
Fourth Circuit.

Submitted: January 20, 2017

Decided: January 25, 2017

Stephen Satcher, Appellant Pro Se.

Before KING, DUNCAN, and DIAZ,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Stephen D. Satcher, a federal prisoner,
appeals the district court's order accepting
the recommendation of the magistrate
judge and denying relief on his 28 U.S.C.
§ 2241 (2012) petition. We have reviewed
the record and find no reversible error.
Accordingly, we affirm for the reasons
stated by the district court. Satcher v.
Oddo, No. 2:14-cv-00092-JPB-RWT, 2016
WL 3637081 (N.D. W. Va. June 30, 2016).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
this court and argument would not aid the
decisional process.

AFFIRMED